**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000778
04-APR-2013
11:08 AM**

NO. CAAP-11-0000778

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK NATIONAL TRUST COMPANY,
a National Banking Association, as Trustee for
American Home Mortgage Assets Trust 2007-1
Mortgage-Backed Pass-Through Certificates,
Series 2007-1, Plaintiff-Appellee,
v.
BRENDA L.V. KAOHELAULII and LAMBERT K. KAOHELAULII,
Defendants-Appellants,
and
JOHN DOES 1-50; AND JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC CIVIL NO. 11-1-0778)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the March 27, 2013 motion for reconsideration from the order denying Defendants-Appellants' appeal filed March 21, 2013, the memoranda in support and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, April 4, 2013.


Presiding Judge


Associate Judge


Associate Judge